| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | **COPY** |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | (8/01/08) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ LAW _____ DIVISION

RECEIVED

SEP    2009

No. 2009L010478
CALENDAR/ROOM S
TIME 00:00
Please serve Breach of Contract

NORTHWOOD MANUFACTURING, INC.
c/o Registered Agent,
Sherry A. Nash
59948 Downs Rd
La Grande, Oregon 97850

CRANE COMPOSITES, INC., Plaintiff,

_____(Name all parties)

v.

NORTHWOOD MANUFACTURING, INC., Defendant.

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room _____ 801 _____, Chicago, Illinois 60602

| | | |
|---|---|---|
| ☐ District 2 - Skokie<br>5600 Old Orchard Rd.<br>Skokie, IL 60077 | ☐ District 3 - Rolling Meadows<br>2121 Euclid<br>Rolling Meadows, IL 60008 | ☐ District 4 - Maywood<br>1500 Maybrook Ave.<br>Maywood, IL 60153 |
| ☐ District 5 - Bridgeview<br>10220 S. 76th Ave.<br>Bridgeview, IL 60455 | ☐ District 6 - Markham<br>16501 S. Kedzie Pkwy.<br>Markham, IL 60426 | ☐ Child Support<br>28 North Clark St., Room 200<br>Chicago, Illinois 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

| | |
|---|---|
| Atty. No.: 32715 | WITNESS, _____ SEP 0 3 2009 _____ |
| Name: Brad B. Falkof / Jaafar A. Rizzi (Barnes & Thornburg LLP) | |
| Atty. for: Plaintiff | DOROTHY BROWN |
| Address: 1 North Wacker Drive, Suite 4400 | Clerk of Court CIRCUIT COURT |
| City/State/Zip: Chicago, IL 60606 | Date of service: |
| Telephone: (312) 357-1313 | (To be inserted by officer on copy left with defendant or other person) |
| Service by Facsimile Transmission will be accepted at: | (312) 759-5646 |
| | (Area Code) (Facsimile Telephone Number) |

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| 2120 – Served | 2121 – Served | |
|---|---|---|
| 2220 – Not Served | 2221 – Not Served | |
| 2320 – Served By Mail | 2321 – Served By Mail | |
| 2420 – Served By Publication | 2421 – Served By Publication | (8/01/08) CCG N001 |
| SUMMONS | ALIAS – SUMMONS | |

*FILED*
09 SEP 24 TH 3: 40

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____ LAW _____ DIVISION

No. _____

Please serve:

NORTHWOOD MANUFACTURING, INC.
c/o Registered Agent,
Sherry A. Nash
59948 Downs Rd
La Grande, Oregon 97850

CRANE COMPOSITES, INC., Plaintiff,

_____
(Name all parties)

v.

NORTHWOOD MANUFACTURING, INC., Defendant.

## SUMMONS

To each Defendant:

   YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room ____801____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

   This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

SEP 03 2009

Atty. No.: 32715

Name: Brad B. Falkof / Jaafar A. Rinzi (Barnes & Thornburg LLP)

Atty. for: Plaintiff

Address: 1 North Wacker Drive, Suite 4400

City/State/Zip: Chicago, IL 60606

Telephone: (312) 357-1313

WITNESS, _____DOROTHY BROWN_____

_____
Clerk of Court

Date of service: _____,
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____ (312) 759-5646
(Area Code)  (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

# Affidavit of Process Server

CRANE Composites, inc. vs Northwood Manufacturing Inc. 091010478
PLAINTIFF/PETITIONER          DEFENDANT/RESPONDENT          CASE #

Being duly sworn, on my oath, I __Mike Voss__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Northwood Manufacturing, inc.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ __Summons & Verified Complaint__

by serving (NAME) __Sherry Nash - Registered Agent__

at ☐ Home_____

☒ Business __59948 Downs Road, La Grande, OR 97850__

☐ on (DATE) __September 9, 2009__ at (TIME) __10:50 a.m.__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE)_____

from (CITY)_____ (STATE)_____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Sherry Nash - Registered Agent__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address        ☐ Evading        ☐ Other:_____
☐ Address Does Not Exist     ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ , ( )_____ , ( )_____
                                              DATE  TIME           DATE  TIME

( )_____ , ( )_____ , ( )_____
DATE  TIME        DATE  TIME         DATE  TIME

**Description:** ☐ Male          ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
                ☒ Female        ☐ Black Skin   ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
                                ☐ Yellow Skin  ☐ Blond Hair                  ☐ 36-50 Yrs.   ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
                                ☐ Brown Skin   ☒ Gray Hair    ☐ Mustache     ☒ 51-65 Yrs.   ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
                ☐ Glasses       ☐ Red Skin     ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES:_____

State of Illinois        County of Cook

                                    __Mike Voss__
                                    SERVED BY
Subscribed and sworn to before me,   LASALLE PROCESS SERVERS
a notary public, this __14th__ day of __September__, 2009

__Nancy L Marks__
NOTARY PUBLIC

OFFICIAL SEAL
NANCY L MARKS
NOTARY PUBLIC-OREGON
COMMISSION NO. 416467
MY COMMISSION EXPIRES APRIL 17, 2011

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies under penalties of perjury as set forth at 735 ILCS 5/1-109 that a copy of the foregoing *Notice of Filing – Affidavit of Process Server* was served upon the following Defendant via First Class Mail, postage prepaid, this 24th day of September, 2009:


Northwood Manufacturing, Inc.
c/o Registered Agent
Sherry A. Nash
59948 Downs Road
LaGrande, Oregon 97850


Brad B. Falkof
Jaafar A. Riazi
BARNES & THORNBURG LLP
One N. Wacker Dr., Suite 4400
Chicago, Illinois 60606
Phone: (312) 357-1313
Fax: (312) 759-5646

COPY

FILED

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

SEP 24 PM 3: 40

DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

CRANE COMPOSITES, INC.,                 )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )    Case No. 09 L 10478
                                        )
NORTHWOOD MANUFACTURING,                )    CALENDAR S
INC.,                                   )
                                        )
            Defendant.                  )

### NOTICE OF FILING – AFFIDAVIT OF PROCESS SERVER

To:     Northwood Manufacturing, Inc., c/o Sherry Nash, Registered Agent,
        59948 Downs Road, La Grande, OR 97850

        Please be advised that on September 24, 2009, we caused to be filed with the Clerk of the

Circuit Court, Law Division, Richard J. Daley Center, Chicago, IL, *Plaintiff Crane Composites,*

*Inc.'s Affidavit of Process Server*, indicating service of Summons and Verified Complaint on

Defendant Northwood Manufacturing, Inc. on September 9, 2009.

                                        CRANE COMPOSITES, INC.


                                        By: _____
                                               One of Its Attorneys

Brad B. Falkof
Jaafar A. Riazi
BARNES & THORNBURG LLP
One N. Wacker Dr., Suite 4400
Chicago, Illinois 60606
Phone: (312) 357-1313
Fax: (312) 759-5646

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

2009L010470
CALENDAR/ROOM S
TIME 00:00
Breach of Contract

CRANE COMPOSITES, INC.,                    )
                                           )
            Plaintiff,                     )
                                           )
    v.                                     )    Case No. 09 L [_____]
                                           )
NORTHWOOD MANUFACTURING,                   )
INC.,                                      )
                                           )
            Defendant.                     )

## VERIFIED COMPLAINT

Plaintiff Crane Composites, Inc. ("Crane") for its Verified Complaint against Defendant

Northwood Manufacturing, Inc. ("Northwood") states as follows:

## PRELIMINARY STATEMENT

1.      This is an action arising under the Illinois Uniform Commercial Code. The

Illinois Uniform Commercial Code obligates buyers to pay for goods that they order. 810 ILCS

5/2-301 ("The obligation of ... the buyer is to accept and pay in accordance with the contract").

When a buyer fails to pay the price as it becomes due "the seller may recover, together with any

incidental damages ... the price ... of goods accepted." 810 ILCS 5/2-709(1)(a).   Crane (the

seller) brings this action because Northwood (the buyer) contracted to purchase fiberglass-

reinforced panels ("FRP") from Crane for the assembly and sale of recreational vehicles but

failed to pay Crane the contract price for those goods when payment became due.

## PARTIES, JURISDICTION & VENUE

2.    Crane, a Delaware corporation, is a manufacturer of FRP. Crane's principal place of business is located at 23525 W. Eames Street, Channahon, Illinois.

3.    Northwood, an Oregon corporation, has regularly transacted business with Crane, and has had regular and systematic contact with Crane in the State of Illinois.

4.    This Court has personal jurisdiction over Northwood under 735 ILCS 5/2-209(a)(1) & (7) and/or (b)(4) because Northwood (i) transacts business in this State, (ii) made or performed contracts substantially connected with this State and (iii) is a corporation doing business within this State through its contracting to purchase FRP from Crane in Illinois

5.    Venue is proper under 735 ILCS 5/2-101 because Crane and Northwood's Contract (defined below) out of which Crane's claim arose was entered into and performed in Illinois.

6.    Additionally, Paragraph 16 of the Terms/Conditions (defined below), incorporated into Crane and Northwood's Contract (defined below), provides that Northwood expressly submits to the exclusive jurisdiction of federal or state courts located in Chicago, Illinois with respect to any lawsuit arising out of or relating to the Contract. This Verified Complaint is an action that arises out of and relates to the Contract.

## GENERAL ALLEGATIONS

7.    At various times during 2009, Northwood ordered FRP from Crane.

8.    For each order, Crane sent to Northwood its customer acknowledgment form (the "Acknowledgement"). A true and accurate representative copy of the Acknowledgement is attached as **Exhibit No. 1**.

9.    At the top of the Acknowledgement is printed the following paragraph:

> "Buyer agrees that receipt of this Acknowledgment by mail or other electronic method indicates that the Buyer has read and has agreed to be bound by the Seller's Terms and Conditions posted on Seller's Internet WEB Site www.cranecomposites.com or mailed to Buyer."

10.    The Acknowledgement incorporates as substantive provisions Crane's TERMS AND CONDITIONS OF SALE posted on its web site (the "Terms/Conditions"). A true and accurate copy of the Terms/Conditions is attached as Exhibit No 2. The Acknowledgement and Terms/Conditions constitute the contract (the "Contract") under which Crane sold FRP to Northwood.

11.    Under the Contract:

•    Northwood agreed to be bound to the Terms/Conditions and also agreed that Crane would not be bound by any of Northwood's terms or conditions (see Par. 1 of Terms/Conditions, Exhibit No. 2);

•    Upon Northwood's payment default, Northwood is liable for all collection costs incurred by Crane, including but not limited to attorney and collection agency fees and all related disbursements (see Par. 2 of Terms/Conditions, Exhibit No. 2);

•    "The price [due to Crane, per the Invoices (defined below)] is payable on the terms of this Agreement [i.e., the Terms/Conditions] without deduction, set-offs, counterclaims, back-charges, or any other charges or claims by you [i.e., Northwood] of any nature, and your obligations to Seller [i.e., Crane] shall remain unimpaired regardless of disputes which may arise between you and third parties" (see Par. 2 of Terms/Conditions, Exhibit No. 2);

•    "You [i.e., Northwood] shall not, under any circumstances, exercise set-off against outstanding or subsequent invoices of Seller [i.e., Crane] without Seller's written consent for any claim" (see Par. 8 of Terms/Conditions, Exhibit No. 2);

-3-

12.     At the top of the Acknowledgement is also printed the following paragraph:

"If any of the information on this acknowledgment sheet does not agree with the conditions of your [i.e., Northwood's'] original order, please notify us [i.e., Crane] at once. Call 1-800-435-0080."

13.     Northwood never contacted Crane to inform Crane that any of the information on the Contract did not agree with the conditions on its original orders.

14.     Crane shipped FRP to Northwood under the terms of the Contract.

15.     For each shipment of FRP, Crane issued an invoice to Northwood. A copy of an invoice index listing all invoices relative to this Verified Complaint for which Crane shipped FRP to Northwood is attached as **Exhibit No. 3.** Additionally, copies of certain but not all of the invoices with respect to FRP shipped to Northwood by Crane are attached as **Exhibit No. 4** (the index and the invoices are collectively referred to as the "Invoices").

16.     Payments on the Invoices issued by Crane are due within 30 days.

17.     As of the date of the filing of this Verified Complaint, Northwood has failed to pay Crane a total of $80,797.23 for FRP Crane sold to Northwood pursuant to the Invoices and the terms of the Contract.

18.     Specifically, Crane (i) has failed to pay *in full* certain invoices totaling $12,221.50 as reflected on Exhibit No. 3 and (ii) has failed to pay *any* of the invoices attached to Exhibit No. 4 totaling $68,575.73.

## COUNT I: Breach of Contract

19.    Crane restates the allegations stated in Paragraphs 1 through 18.

20.    Crane and Northwood are parties to the Contract, which includes the Terms/Conditions.

21.    Northwood received FRP under the terms of the Contract.

22.    There is presently due and owing to Crane from Northwood the principal amount of $80,797.23 (the "Outstanding Balance").

23.    Crane has fully performed its obligations under the Contract.

24.    Northwood has materially breached the Contract by failing to pay the Outstanding Balance.

25.    Under the Terms/Conditions, Crane is entitled to its collection costs, including but not limited to attorney and collection agency fees and all related disbursements (see Par. 2 of the Terms/Conditions, Exhibit No. 2).

WHEREFORE, Crane requests that this Court enter a judgment in its favor and against Northwood for actual damages for breach of contract in the amount of $80,797.23, plus (i) interest on the Outstanding Balance until entry of judgment and post-judgment interest thereafter at the highest rate provided by law until paid; (ii) costs of collection including, but not limited to, attorney fees and costs; (iii) the costs incurred by Crane in bringing this action, including, but not limited to, attorneys' fees and court costs, as allowed under the Terms/Conditions; and (iv) any other amounts whatsoever payable under the Contract, Terms/Conditions, Invoices or applicable law.

## COUNT II: Alternative Claim for Unjust Enrichment

26.     Crane restates the allegations stated in Paragraphs 1 through 18.

27.     Northwood received a benefit by the acceptance of the FRP provided by Crane.

28.     As a proximate result of its conduct, Northwood has been unjustly enriched and Crane is entitled to an award of damages in the amount at $80,797.23.

WHEREFORE, Crane requests that this Court enter a judgment in its favor and against Northwood for actual damages for unjust enrichment in an amount not less than $80,797.23, plus reasonable interest after the date of the filing of this Verified Complaint until entry of judgment, and post-judgment interest thereafter at the highest rate provided by law until paid.

## COUNT III: Alternative Claim for Account Stated

29.     Crane restates the allegations stated in Paragraphs 1 through 18.

30.     Northwood received the invoices described on Exhibit No. 3 and received the invoices attached as Exhibit No. 4 from Crane (see Exhibit No. 3 and Exhibit No. 4).

31.     The Invoices constitute a statement of account between the parties with respect to the FRP delivered to and received by Northwood (see Exhibit No. 3 and Exhibit No. 4).

32.     Northwood did not object to the invoices described on Exhibit No. 3 or to the invoices attached as Exhibit No. 4 within a reasonable time after receipt.

33.     Crane, therefore, claims an account stated in the amount of $80,797.23.

WHEREFORE, Crane requests that this Court enter a judgment in its favor and against Northwood for actual damages in the amount of $80,797.23, plus (i) interest on the Outstanding Balance until entry of judgment and post-judgment interest thereafter at the highest rate provided by law until paid; (ii) costs of collection including, but not limited to, attorney fees and costs; (iii) the costs incurred by Crane in bringing this action, including, but not limited to, attorneys'

fees and court costs, as allowed under the Terms/Conditions; and (iv) any other amounts whatsoever payable under the Contract, Terms/Conditions, Invoices or applicable law.

Dated: September 3, 2009

Respectfully submitted,

CRANE COMPOSITES, INC.

By:_____
One of its attorneys

Bradley B. Falkof (Il. Bar No. 3121697)
Jaafar A. Riazi (Il. Bar. No. 6287190)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312)357-1313
Facsimile: (312) 759-5464
Firm No. 32715
Attorneys for Crane Composites, Inc.

<u>VERIFICATION</u>

    Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned, Jack Stambaugh, certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated: September 3, 2009

CRANE COMPOSITES, INC.

Its: _VP-EV_

| CUSTOMER NO. | SALESREP | CUST. CLASS |
|---|---|---|
| 030009 | 417 | RT |

| OUR ORDER NUMBER | DATE ENTERED |
|---|---|
| 273357 | 05/22/09 |

CUSTOMER ORDER NUMBER
364070

CRANE Composites and Subsidiaries
A Crane Co Company
Crane Composites, Inc. - 23525 W. Eames Street - Channahon, IL 60410
TEL (800) 435-0080 - FAX (815) 467-8666

Thank you for your recent order

If any of the information on this acknowledgment sheet does not agree with the conditions of your original order, please notify us at once. Call 1-800-435-0080. Any delay in notification will be inconvenient and expensive for both of us.

ACKNOWLEDGEMENT   CONTACT: DAVE CLEMENS

This Acknowledgment constitutes Seller's Offer to Buyer and Buyer's acceptance of the Seller's Terms and Conditions stated in Sellers Terms and Conditions stated in Section 14,00.1100, Buyer agrees that receipt of this Acknowledgement by him or any other electronic method indicates that the Buyer has read and has agreed to be bound by the Seller's Terms and Conditions posted on Seller's Internet Web Site www.cranecompositescom or mailed to Buyer.

SOLD TO: NORTHWOOD MANUFACTURING, INC.
59948 DOWNS ROAD
LA GRANDE
OR
97850

FAX 541-962-6217   CONTACT: DAVE CLEMENS

SHIP TO: NORTHWOOD MFG, INC #2
60127 SMITH LOOP ROAD
LA GRANDE
OR
97850

DAVE CLEMENS

SM: BEST WA
TERMS: NET 30

SC: PREPAID
FOB: SHIPPING POINT

PAGE 1
05/22/09

| LINE | ITEM NUMBER | QUANTITY | DESCRIPTION | REQUEST DATE | SHIP DATE | PRICE | EXT. AMT. |
|---|---|---|---|---|---|---|---|
| | | | ATTN SHIPPING: PLEASE DO NOT SHIP EARLY WITHOUT CONTACTING SALES. | | | | |
| | | | ! | | | | |
| | | | SHIPPING: DO NOT SHIP ESTES OR YELLOW FREIGHT! | | | | |
| | | | OPS: DAVE/FAX/KATRINA | | | | |
| | | | ATTN SHIPPING: DO NOT COMBINE SALES ORDERS ON ONE PACKING SLIP. THE SHIPMENT WILL BE REFUSED IF THIS IS NOT FOLLOWED. THE CUSTOMER NEEDS A SEPARATE PACKING SLIP FOR EACH SALES ORDER. | | | | |
| | | | ATTN OBR: IF SHIPPING FROM BENICIA, USE FXW COL FOR SHIPPING | | | | |
| 001 | RBP 1780 | 2 FILON G-III 8633.34SF 1400.00LF 4316.67SF 700.00LF | 050 8016 X 74.00" X 700'.00" N 8016 POLAR WHIT (8400.00") H03-0007 | 06/05/09 | 06/05/09 | 4653.3703SA 1.0780SF 6.6477LF | 9306.7406 |
| 002 | RBP 1781 | 2 FILON G-III 11200.00SF 1400.00LF 5600.00SF 700.00LF | 050 8016 X 96.00" X 700'.00" N 8016 POLAR WHIT (8400.00") | | 06/05/09 | 6036.80002A 1.0780SF 8.6240LF | 12073.6000 |

THIS IS NOT AN INVOICE CUSTOMER ACKNOWLEDGEMENT

PAYABLE IN U.S. FUNDS
** Applicable taxes applied on invoice **

EXHIBIT
1

CRANE **Composites**
*and Subsidiaries*

A Crane Co. Company

Crane Composites, Inc. · 23525 W. Eames Street · Channahon, IL 60410
TEL: (800) 435-0080 · FAX: (815) 467-8465

**PAGE 2**
05/22/09

This Acknowledgement constitutes Seller's Offer to Buyer and Buyer's acceptance of the Seller's Terms and Conditions set forth in Document TAC011C01. Buyer agrees that receipt of the Acknowledgement by mail or other electronic media indicates that the Buyer has read and has agreed to be bound by the Seller's Terms and Conditions posted on Seller's Internet WEB Site www.cranecomposites.com or mailed to Buyer.

Thank you for your recent order

If any of the information on this acknowledgement sheet does not agree with the conditions of your original order, please notify us as soon as possible. If notification is not made by notification we will be incomplete and unpredictable.

**ACKNOWLEDGMENT**

FAX 541-962-6217    CONTACT: DAVE CLEMENS

| CUSTOMER NO. | SALESREP | CUST CLASS |
|---|---|---|
| 630009 | 417 | RT |

| OUR ORDER NUMBER | DATE ENTERED |
|---|---|
| 2273357 | 05/22/09 |

**CUSTOMER ORDER NUMBER**
364070

SOLD TO: NORTHWOOD MANUFACTURING, INC.
59948 DOWNS ROAD
LA GRANDE
OR
97850

SHIP TO: NORTHWOOD MFG., INC #2
60127 SMITH LOOP ROAD
LA GRANDE
OR
97850

SM: BEST WA
TERMS: NET 30

SC: PREPAID
FOB: SHIPPING POINT

DAVE CLEMENS

| LINE | ITEM NUMBER | QUANTITY | DESCRIPTION | ORDER QTY ... | REQUEST DATE | SHIP DATE | PRICE | A ... | EXT. AMT. |
|---|---|---|---|---|---|---|---|---|---|
| | | | H03-0008 | | | | | | |
| 004 | RBK.1793 | 1 | FILON G-III | 3 | 06/05/09 | 06/05/09 | 6414.1000EA | | 6414.1000 |
| | 5950.00SF | 5950.00SF | 050 8016 T 102.00" X 700' .00" N | | | | 1.0780SF | | |
| | 700.00LF | 700.00LF | 8016 POLAR WHIT    (8400.00") | | | | 9.1630LF | | |
| 005 | RBB.1782 | 2 | FILON G-III | 3 | 06/05/09 | 06/05/09 | 5282.2000EA | | 10564.4000 |
| | 4900.00SF | 9800.00SF | 050 8016 T 84.00" X 700' .00" N | | | | 1.0780SF | | |
| | 700.00LF | 1400.00LF | 8016 POLAR WHIT    (8400.00") | | | | 7.5460LF | | |
| 006 | RBP.1794 | 1 | FILON G-III | 3 | 06/05/09 | 06/05/09 | 6249.3493EA | | 6249.3493 |
| | 5797.17SF | 5797.17SF | 050 8016 T 99.38" X 700' .00" N | | | | 1.0780SF | | |
| | 700.00LF | 700.00LF | 8016 POLAR WHIT    (8400.00") | | | | 8.9276LF | | |
| | | | ESTIMATED WEIGHT WITHOUT PACKAGING 14224.549LB | | | | | | |

TOTAL SQUARE FEET 41130.51

ESTIMATED WEIGHT WITHOUT PACKAGING 14224.549LB

44608.19

**THIS IS NOT AN INVOICE CUSTOMER ACKNOWLEDGEMENT**

PAYABLE IN U.S. FUNDS
** Applicable taxes applied on invoice **

DC4CK



EXHIBIT
2



**CRANE** Composites
A Crane Co. Company

# TERMS AND CONDITIONS OF SALE

**1. ACCEPTANCE OF SELLER'S TERMS AND CONDITIONS**
By receiving an order acknowledgement referencing this document, you, the Buyer, are agreeing to be bound by Crane Composites, Inc. and its affiliated business units' terms and conditions of sale, which follow. Seller will not be bound by any of Buyers terms and conditions, regardless of whether you tender to Seller a paper form containing your terms and conditions, whether you send your terms and conditions to Seller electronically via e-mail or any similar electronic medium, or whether you tender your terms and conditions to Seller by any other means.

If you do not wish to agree to Seller's terms and conditions below, please inform us that you wish to cancel your order under the cancellation terms. Unfortunately, in order that Seller may serve you, you must agree to be bound by Seller's terms and conditions which follow.

**2. PAYMENT**
You shall make all payments in United States currency or in its equivalent as specified in writing by Seller.

If you have established credit with Seller, payment is due within 30 days from date of Seller's invoice to you. All other payment terms must be approved by Seller in advance of order shipment. For Buyers for whom credit is not established and approved by Seller, please include payment with your order through an approved credit card or provide payment with order placement. You agree that any credit card information supplied is true, correct and complete, that charges incurred by you will be honored by your credit card company and that you will pay charges incurred by you at the rates in effect at the time incurred, including all applicable taxes. If in Seller's judgment, your financial condition at any time does not justify the terms of payment specified, Seller reserves the right to require full payment in cash before order entry, manufacture, shipment, or delivery.

In the event you default in payment, you shall be liable for all collection costs incurred by Seller including, but not limited to, attorney and collection agency fees, and all related disbursements.

In the event you do not pay when payment is due, past due amounts are subject to service charges of 1-1/2 percent per month or the maximum percentage rate permitted by law, if lower.

The price is payable on the terms of this Agreement without deduction, set-offs, counterclaims, back-charges, or any other charges or claims by you of any nature, and your obligations to Seller shall remain unimpaired regardless of disputes which may arise between you and third parties.

**3. PAYMENT OF FREIGHT, TRANSPORTATION, TAXES, AND OTHER GOVERNMENTAL CHARGES**
The prices shown do not include any present or future freight charges and transportation and delivery costs, if applicable, nor do they include transportation taxes and sales, use, excise, or other taxes or charges payable to federal, state, or local authorities. Any such taxes or charges now or hereafter imposed with respect to sales or shipments under these terms and conditions will be deemed extra charges and will be paid by you, or in lieu thereof in the case of taxes, you shall provide Seller with a tax exemption certificate acceptable to applicable taxing authorities. If, for any reason, such certificate is not accepted by such authorities or such acceptance is revoked, you shall indemnify and hold Seller harmless as provided in Section 9 hereof. Whenever applicable, such tax or taxes or other governmental charges will be added to the invoice as a separate charge to be paid by you. You shall secure all licenses and permits at your own expense unless Seller assumes the responsibility in writing.

**4. SHIPMENT OF PRODUCTS**
Shipment of Products will be made F.O.B. place of shipment per Uniform Commercial Code (Ex Works per INCOTERMS 2000 for international shipments) at Seller's designated shipping location, which shall appear on Seller's order acknowledgement. Title and risk of loss passes upon delivery to the delivery point per applicable shipping term. All other shipping terms must be approved by Seller in writing.

Any shipping dates given in advance of actual shipment are estimated and deliveries will be made subject to prior orders on file with Seller. Seller shall not be liable for any failure to perform or any delay in performance due to any cause beyond Seller's reasonable control, including but not limited to: fire, flood, strike, other labor difficulty, act of God, act of governmental authority or of you, transportation difficulties, delays in usual sources of supply, and/or major changes in economic conditions. In the event of delay in performance due to any such cause, the date of delivery or shipment will be extended by a period of time reasonably necessary to overcome the effect of such delay.

Page 1

You shall pay all insurance costs associated with delivery, and you shall be responsible for filing and pursuing claims with carriers for loss or damage in transit, unless Seller assumes these obligations in writing.

You are responsible for obtaining all necessary transportation licenses and permits, at your expense, unless Seller assumes this responsibility in writing.

5. WARRANTY
Seller warrants that all goods and services ("Products") sold will conform to the express specifications prepared, approved, and issued by Seller's headquarters (the "Express Specifications"), unless otherwise stated, subject to commercial tolerances and except as provided in Section 7 below.

6. YOUR EXCLUSIVE REMEDY IS THE REPAIR OR REPLACEMENT OF ANY PRODUCTS SOLD OR A REFUND OF THE PURCHASE PRICE
Your EXCLUSIVE remedy against Seller arising out of any breach of these terms and conditions is the repair or replacement of the nonconforming Products sold to you under these terms and conditions, or alternatively, at Seller's election, a refund of the portion of the purchase price allocable to the nonconforming Products. Replacement Products may be new or reconditioned. Seller shall not be liable to you for the cost of removal and/or reinstallation of such Products or for any other direct, indirect, special, incidental, punitive, or consequential damages resulting from the breach of these terms and conditions, or for any other reason. Seller's liability shall in no event exceed the purchase price of such Products.

7. LIMITATIONS OF WARRANTY; LIMITATION ON DAMAGES
SELLER'S WARRANTY AS TO CONFORMITY TO THE EXPRESS SPECIFICATIONS IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESS, IMPLIED, STATUTORY, OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE. NO PROMISE OR AFFIRMATION OF FACT MADE BY ANY EMPLOYEE, AGENT, OR REPRESENTATIVE OF SELLER, NOR ANY SAMPLE PROVIDED TO YOU, SHALL CONSTITUTE A WARRANTY OR GIVE RISE TO ANY LIABILITY OR OBLIGATION.

UNLESS OTHERWISE AGREED BY SELLER IN WRITING, SUCH WARRANTY AS TO CONFORMITY TO EXPRESS SPECIFICATIONS RUNS ONLY TO YOU AND IS NONTRANSFERABLE AND NON-ASSIGNABLE EITHER DIRECTLY, INDIRECTLY, OR BY OPERATION OF LAW, AND ANY SUCH PURPORTED OR ATTEMPTED TRANSFER OR ASSIGNMENT SHALL BE NULL AND VOID. You and your employees, agents, and representatives shall not claim, represent, imply, or permit its purchasers, distributors, processors, or others to claim, represent, or imply that such warranty extends or is available to third parties and shall, in addition to the indemnification provisions of Section 9, indemnify and save Seller harmless from all claims and actions of third parties irrespective of whether such claims or actions are based upon contract, tort, negligence, strict liability, contribution, indemnity, infringement, statute, or otherwise. To the limit of its legal right to do so, you shall cause any third party to cease and desist any such representation.

SELLER SHALL HAVE NO LIABILITY WITH RESPECT TO PRODUCTS EXCEPT FOR BREACH OF ITS WARRANTY OF CONFORMITY TO THE EXPRESS SPECIFICATIONS, YOUR SOLE REMEDY FOR BREACH OF WARRANTY SHALL BE STRICTLY AND EXCLUSIVELY LIMITED TO THE REPAIR OR REPLACEMENT OF NONCONFORMING PRODUCTS OR, AT SELLER'S OPTION, TO A REFUND OF THE PORTION OF THE PURCHASE PRICE ALLOCABLE TO SUCH NONCONFORMING PRODUCTS. IN NO EVENT SHALL SELLER BEAR THE COSTS OF REMOVAL AND/OR REINSTALLATION OF NONCONFORMING PRODUCTS. IN NO EVENT SHALL THE LIABILITY OF SELLER EXCEED THE PURCHASE PRICE OF THE PRODUCTS. THE LIMITATIONS ON REMEDIES SET FORTH IN THIS SECTION AND IN SECTION 6 SHALL APPLY ALSO TO ALL CLAIMS AND ACTIONS ARISING OUT OF OR RELATING TO THE PRODUCTS OR THE AGREEMENT THAT A COURT OR ARBITRATOR MAY FIND TO HAVE ARISEN OTHER THAN UNDER THE EXPRESS WARRANTY SET FORTH ABOVE, INCLUDING ANY ARISING UNDER CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, CONTRIBUTION, INDEMNITY, INFRINGEMENT, STATUTE, OR OTHERWISE.

IN NO EVENT SHALL SELLER BE LIABLE TO YOU OR TO ANY THIRD PARTY FOR CONSEQUENTIAL, INCIDENTAL, SPECIAL, LIQUIDATED, PUNITIVE, OR OTHER DAMAGES IRRESPECTIVE OF WHETHER CLAIMS OR ACTIONS FOR SUCH DAMAGES ARE BASED UPON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, WARRANTY, CONTRIBUTION, INDEMNITY, INFRINGEMENT, STATUTE, OR OTHERWISE.

The foregoing, together with Sections 6 and 8, constitutes a final expression by Seller of its warranty. Such warranty cannot be modified or supplemented unless modified or supplemented in writing by Seller.

8. TIME LIMITATION FOR BRINGING CLAIMS
You must notify Seller in writing concerning the nonconformity of Products as soon as practicable, but in no event later than 10 days after you discover or should have discovered such nonconformity, subject, however, to the express period of warranty set forth in Section 5. Your written notice must set forth with particularity the nature and extent of the nonconformity complained of. All claims for shortages must be made in writing within 10 days after receipt of Products by you or your agent and specify with particularity the exact shortage complained of. Immediate written notice must be given to the carrier's agent at destination in the event of damage or loss in transit.

In no event shall Seller be responsible for claims resulting in whole or in part, directly or indirectly, from the use or abuse of nonconforming Products or for the costs of labor and/or materials expended on any such Products.

Failure to furnish a written claim within the applicable time period shall terminate all liability of Seller. Seller must be given the opportunity upon written demand to inspect Products claimed to be nonconforming.

You shall return Products which do not conform to Seller upon receipt of Seller's authorization to do so and at Seller's expense.

You must demonstrate to the reasonable satisfaction of Seller that any alleged nonconformity of Products was solely caused by a breach by Seller of the express warranty as to the conformity to the Express Specifications. You shall not, under any circumstances, exercise set-off against outstanding or subsequent invoices of Seller without Seller's written consent for any claim.

9. **YOU WILL INDEMNIFY SELLER AGAINST ALL LOSS**
You agree to indemnify, defend, and hold Seller and its affiliated business units, and their respective officers, directors, owners, agents, information providers, and licensors (collectively, the "Seller Parties") harmless with respect to:

(a) all demands, claims, actions, or judgments of a third party against any Seller Party, directly or indirectly, for any consequential, material, special, liquidated, punitive, or other damages, regardless of whether such demand, claim, action, or judgment is based on theories of contract, tort, negligence, strict liability, warranty, indemnity, contribution, statute, or otherwise, including without limitation, all demands, claims, actions, and judgments relating to injury and/or death of any and all persons and for loss of and/or damage to property arising from use, handling, repair, adjustment, operation, modification, or conversion of Products; and

(b) all demands, claims, actions, or judgments of a third party against any Seller Party, directly or indirectly, based on a theory of infringement or violation of patents, trademarks, trade names, trade secrets, copyrights, or the like when such demand, claim, action, or judgment is based in whole or in part directly or indirectly on Seller's compliance with specifications provided by you.

Your indemnification obligation applies whether you alone were negligent; whether a Seller Party alone was negligent; whether any third party alone was negligent; whether you, a Seller Party, or a third-party were negligent in any combination, whether jointly or concurrently; or whether neither a Seller Party, nor you, nor any third party was negligent. This indemnification obligation requires you to pay any judgments against a Seller Party, any court costs that may be assessed against a Seller Party, and any reasonable attorneys fees and disbursements incurred by a Seller Party in Seller's defense. You have no right to control Seller's defense of any claim brought against a Seller Party. Your indemnification obligation does not depend on the truth of any allegations made against the Seller Party, you, or any third-party. While you are not required to indemnify any Seller Party against Seller's intentional tortuous acts, you must continue to pay the Seller party's court costs and reasonable attorneys fees and disbursements until it has been established that the loss in question was caused solely by intentional tortuous acts of the Seller Party.

10. **CHANGES, TERMINATION, OR CANCELLATION**
Orders arising hereunder may be amended by written change order signed by the parties, or specifically agree to in writing by the Seller, setting forth the particular changes to be made and the effect of such changes on the price and time of delivery. A charge may be made for changes in drawings and/or specifications after Buyer and Seller have previously agreed upon same. The total charge for such change will include order reprocessing costs, additional material and labor costs. Seller will advise the total charge for such changes after receipt of written authorization or direction for such

changes. In the event the changes are required as a result of an error on the part of the Seller no charge will be made. Order specifications and/or drawings for Seller's Products may not be changed within fourteen (14) calendar days of previously acknowledged shipping date.

Orders for Products received by Seller are accepted subject to the understanding that orders may be cancelled by Seller because of Seller's inability to obtain all or part of the materials necessary to complete the order at prices in effect on the date hereof or by reason of other causes beyond its reasonable control.

All claims must be made in writing and delivered to Seller within ten (10) working days after receipt of the goods and must be accompanied by Seller's packing list and freight bill of lading. Failure of Buyer to make such claims within ten (10) days will constitute a waiver by Buyer of such claims.

11. **PRODUCT SUITABILITY**
Seller's Products are designed to meet stated United States safety standards and regulations. Because local safety standards and regulations vary significantly, Seller cannot guarantee that the Products meet all applicable requirements in each locality. You assume responsibility for compliance with such safety standards and regulations in those localities in which the Products will be shipped, sold and used. Before purchase and use of Products, please review the product application, and national and local codes and regulations, and be sure that the Product, installations, and use will comply with them.

12. **SALES**
Due to government regulations and product availability, not all Products may be available in every area.

13. **EXPORT CONTROLS**
You acknowledge that certain Products may be subject to export controls under the laws, regulations and/or directives of the United States and various other countries. You agree to comply with such laws and regulations and agree not to export, re-export or transfer these Products without first obtaining all required authorizations or licenses.

14. **INTERPRETATION OF THIS AGREEMENT**
A. NO ORAL MODIFICATION
None of Seller's employees or agents have any authority to orally modify or alter in any way these terms and conditions.

B. PRIOR COURSE OF DEALINGS IRRELEVANT
Regardless of how many times you have purchased Products from Seller and/or purchase or have purchased goods or services from Seller by other means, each time you receive an acknowledgement via mail, e-mail, fax, or other electronic means, you agree that you are entering a separate agreement that shall be interpreted without reference to any other agreement between you and Seller, or what you may claim to be a course of dealing that has arisen between you and Seller.

C. A USAGE OF TRADE SHALL NOT VARY TERMS AND CONDITIONS
No usage of trade shall vary any of these terms and conditions.

D. NO PRIOR OR CONTEMPORANEOUS AGREEMENTS

There are no prior or contemporaneous agreements, representations, warranties, or understandings that affect these terms and conditions in any way.

15. YOUR AUTHORITY AND CAPACITY
You represent and warrant that you have both the authority and the capacity to purchase Products under these terms and conditions and, if applicable, to bind your employer and/or principal.

16. GOVERNING LAW AND FORUM SELECTION; SERVICE OF PROCESS; WAIVER OF JURY TRIAL
This agreement between you and Seller will be governed by the law of the State of Illinois, and the United States of America, except for the State of Illinois' choice of law rules, excluding the United Nations Convention on Contracts for the International Sale of Products. If you bring a lawsuit against Seller arising out of or relating to these terms and conditions, you must file your lawsuit in a state or federal court located in Chicago, Illinois. You expressly submit to the exclusive jurisdiction of said courts and you consent to extra-territorial service of process on you.

In the event of litigation pertaining to any matter covered by these terms and conditions, you hereby agree to waive any right that you may have to a jury trial of any or all issues that may be raised in such litigation.

17. NO WAIVER OF SELLER'S RIGHTS UNDER APPLICABLE LAW
Nothing contained in these terms and conditions shall be construed to limit or waive any rights of Seller under applicable United States federal, state, or local laws. Failure by Seller to enforce any of these terms, conditions, and limitations shall not constitute a waiver of them, and the failure of Seller to exercise any rights arising from your default or otherwise shall not constitute a waiver of such right or any other right. These terms, conditions, and limitations may be enforced and the rights of Seller enforced at any time in whole or in part.

18. SEVERABILITY
Should any part of these terms and conditions be held invalid or unenforceable, that portion shall be construed consistent with the State of Illinois, United States of America law, and the remaining portions – be they entire sections, paragraphs within sections, sentences, or portions of sentences – shall remain in full force and effect. The term "Section" as used in these terms and conditions refers to the entire text contained below a bolded heading. For example, all the text under the words "18. SEVERABILITY" constitutes a "Section."

19. ADDITIONAL TERMS
To the extent that these terms and conditions are required to do so, they hereby incorporate by reference the applicable rules, regulations, and orders of the Secretary of Labor issued pursuant to Executive Order 11246 of September 24, 1965, and the following affirmative action clauses and related regulations of the Secretary of Labor: Affirmative Action for Handicapped Workers, 41 CFR 60-741.4, and Affirmative Action for Disabled Workers and Veterans of the Vietnam Era, 41 CFR 60-250.4. Acceptance and execution of orders accepted by reason of any law or administrative regulation having the effect of law, or in order to carry out the intent or purpose of any law or regulation, or to acquiesce in a request by a government agency or official thereof are contingent upon the continuation in effect of such law, regulation, or request and may be cancelled by Seller upon the expiration or withdrawal of such law, regulation, or request, provided, however, that Seller at its option may complete such orders.



23525 W. Eames Street
Channahon, IL 60410
1.800.435.0080 Ph.
1.815.467.8600 Ph.
1.815.467.8666 Fax
www.cranecomposites.com
sales@cranecomposites.com

 Composites
Form 6890 11/1/06 (2996)
Replaces TAC Doc. # TAC01101





**CRANE** Composites
*and Subsidiaries*
A Crane Co. Company

CRANE COMPOSITES, INC • 23525 W. Eames St. • Channahon, IL 60410 • (800) 435-0080 • FAX (815) 467-8668

Please Remit To:
P.O. Box 535021
Atlanta, GA 30353-5021

NORTHWOOD MANUFACTURING, INC.
59948 DOWNS ROAD
LA GRANDE OR 97850

| CUSTOMER NO | DATE | PAGE |
|---|---|---|
| 630009 | 09/03/2009 | 1 |

# STATEMENT

| DATE | Invoice Number | Credits | Finance Charge | Invoices Past Due | Invoices Not Due |
|---|---|---|---|---|---|
| 04/22/09 | P37117CR | | | | 16314.93 |
| 04/22/09 | W08476CR | | | | 2850.00 |
| 04/22/09 | W08496CR | | | | 950.00 |
| 04/22/09 | W08536CR | | | | 2850.00 |
| 05/26/09 | 239789CM | 4466.45- | | | |
| 06/12/09 | 239867CM | 1111.65- | | | |
| 06/30/09 | 240020CM | 3246.93- | | | |
| 07/15/09 | 240119CM | 1918.40- | | | |
| 05/13/09 | 5375407IN | | | | 8624.00 |
| 05/22/09 | 5376106IN | | | | 15343.54 |
| 06/09/09 | 5377176IN | | | 44608.19 | |
| | | 80797.23 | 10743.43- | 44608.19 | 46932.47 |

EXHIBIT 3

CCST947



**CRANE** Composites
*and Subsidiaries*
A Crane Co. Company

(815) 467-8800 ·(800) 435-0080

SHIP TO:  NORTHWOOD MFG, INC #2
60127 SMITH LOOP ROAD
LA GRANDE
OR
97850

DAVE CLEMENS

BILL TO:  NORTHWOOD MANUFACTURING, INC.
59948 DOWNS ROAD
LA GRANDE
OR
97850

DAVE CLEMENS

Page  **1**

| Customer No. | Invoice Date | Invoice No. |
|---|---|---|
| 830009 | 08/09/09 | 5377176 |
| Our Order No. | Sales Rep | Customer Class |
| 273357 | 417 | RT |
| Customer P.O. Number | | |
| 364070 | | |
| Freight Terms | | |
| PREPAID | | |
| Freight On Board | | |
| FOB: SHIPPING POINT | | |

SHIPMENTS NOT DELIVERED IN ACCEPTABLE CONDITION,
SHOULD BE NOTED ON CARRIER'S RECEIPT.

| LINE | QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NUMBER DESCRIPTION | UNIT PRICE | UM | NET PRICE |
|---|---|---|---|---|---|---|
| | | | ATTN OSR: IF SHIPPING FROM BENICIA, USE FXW COL FOR SHIPPING | | | |
| | Carrier: | ALLEN LUND | Pro#: | | | |
| 1 | 2 | 2 | RBP.1780 | 4,653.3703 | EA | 9,306.74 |
| | | | FILON G-III | | | |
| | | | 050 8016 T 74.00" X 700' .00" | | | |
| | | | 8016 POLAR WHITE (8400.00") | | | |
| | | | 4316.67 SF 1.0780/SF | | | |
| | | | 700.00 LF 6.6477/LF | | | |
| | | | H03-0007 | | | |
| 2 | 2 | 2 | RBP.1781 | 6,036.8000 | EA | 12,073.60 |
| | | | FILON G-III | | | |
| | | | 050 8016 T 96.00" X 700' .00" | | | |
| | | | 8016 POLAR WHITE (8400.00") | | | |
| | | | 5600.00 SF 1.0780/SF | | | |
| | | | 700.00 LF 8.6240/LF | | | |
| | | | H03-0008 | | | |
| 4 | 1 | 1 | RBP.1793 | 6,414.1000 | EA | 6,414.10 |
| | | | FILON G-III | | | |
| | | | 050 8016 T 102.00" X 700' .00" | | | |
| | | | 8016 POLAR WHITE (8400.00") | | | |
| | | | 5950.00 SF 1.0780/SF | | | |
| | | | 700.00 LF 9.1630/LF | | | |
| 5 | 2 | 2 | RBP.1782 | 5,282.2000 | EA | 10,564.40 |
| | | | FILON G-III | | | |
| | | | 050 8016 T 84.00" X 700' .00" | | | |
| | | | 8016 POLAR WHITE (8400.00") | | | |
| | | | 4900.00 SF 1.0780/SF | | | |
| | | | 700.00 LF 7.5460/LF | | | |
| 6 | 1 | 1 | RBP.1794 | 6,249.3493 | EA | 6,249.35 |
| | | | FILON G-III | | | |
| | | | 050 8016 T 99.38" X 700' .00" | | | |
| | | | 8016 POLAR WHITE (8400.00") | | | |
| | | | 5797.17 SF 1.0780/SF | | | |
| | | | 700.00 LF 8.9276/LF | | | |

If there is a problem with this
invoice, please call Customer
Service at the above numbers.

Class 'A' Fire Rated Products are Available!

PAYABLE IN US FUNDS

ORIGINAL INVOICE

EXHIBIT
1



CRANE Composites
A Crane Co. Company
and Subsidiaries

(815) 467-8600 (800) 435-0080

SHIP TO: NORTHWOOD MFG, INC #2
60127 SMITH LOOP ROAD
LA GRANDE
OR
97850

DAVE CLEMENS

BILL TO: NORTHWOOD MANUFACTURING, INC.
59948 DOWNS ROAD
LA GRANDE
OR
97850

DAVE CLEMENS

Page 2

| Customer No. | Invoice Date | Invoice No. |
|---|---|---|
| 630009 | 06/09/09 | 6377178 |

| Our Order No. | Sales Rep | Customer Class |
|---|---|---|
| 273367 | 417 | RT |

| Customer P.O. Number |
|---|
| 364070 |

| Freight Terms |
|---|
| PREPAID |

| Freight On Board |
|---|
| FOB: SHIPPING POINT |

SHIPMENTS NOT DELIVERED IN ACCEPTABLE CONDITION,
SHOULD BE NOTED ON CARRIER'S RECEIPT.

| LINE | QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NUMBER DESCRIPTION | UNIT PRICE | UM | NET PRICE |
|---|---|---|---|---|---|---|
| | | | TOTAL NET | | | $ 44,608.19 |
| | | .000%) | TOTAL TAX ( | | | $ .00 |

If there is a problem with this
invoice, please call Customer
Service at the above numbers.

Class 'A' Fire Rated Products are Available

PAYABLE IN US FUNDS

$ 44,608.19

ORIGINAL INVOICE



**CRANE** Composites
and Subsidiaries
A Crane Co. Company

(815) 467-8600 (800) 435-0080

   Page   1

SHIP TO:  NORTHWOOD MFG, INC #2
          60127 SMITH LOOP ROAD
          LA GRANDE
          OR
          97850

          DAVE CLEMENS

| Customer No. | Invoice Date | Invoice No. |
|---|---|---|
| 530009 | 05/22/09 | 5376106 |
| **Our Order No.** | **Sales Rep** | **Customer Class** |
| 272829 | 417 | RT |
| **Customer P.O. Number** | | |
| 383949 | | |
| **Freight Terms** | | |
| PREPAID | | |
| **Freight On Board** | | |
| FOB: SHIPPING POINT | | |

BILL TO:  NORTHWOOD MANUFACTURING, INC.
          59948 DOWNS ROAD
          LA GRANDE
          OR
          97850

          DAVE CLEMENS

SHIPMENTS NOT DELIVERED IN ACCEPTABLE CONDITION,
SHOULD BE NOTED ON CARRIER'S RECEIPT.

| LINE | QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NUMBER DESCRIPTION | UNIT PRICE | UM | NET PRICE |
|---|---|---|---|---|---|---|
| | | | ATTN OSR: IF SHIPPING FROM BENICIA, USE FXW COL FOR SHIPPING | | | |
| | Carrier: | ALLEN LUND | Pro#: | | | |
| 4 | 2 | 2 | RBP.1780 | 4,653.3703 | EA | 9,306.74 |
| | | | FILON G-III | | | |
| | | | 050 8016 T 74.00" X 700' .00" | | | |
| | | | 8016 POLAR WHITE    (8400.00") | | | |
| | | | 4316.67 SF          1.0780/SF | | | |
| | | | 700.00 LF           6.6477/LF | | | |
| 5 | 1 | 1 | RBP.1781 | 6,036.8000 | EA | 6,036.80 |
| | | | FILON G-III | | | |
| | | | 050 8016 T 96.00" X 700' .00" | | | |
| | | | 8016 POLAR WHITE    (8400.00") | | | |
| | | | 5600.00 SF          1.0780/SF | | | |
| | | | 700.00 LF           8.6240/LF | | | |
| 7 | 2 | 2 | RBP.1782 | .0000 | EA | .00 |
| | | | FILON G-III | | | |
| | | | 050 8016 T 84.00" X 700' .00" | | | |
| | | | 8016 POLAR WHITE    (8400.00") | | | |
| | | | 4900.00 SF          .0000/SF | | | |
| | | | 700.00 LF           .0000/LF | | | |
| 8 | 3 | 3 | RBP.1781 | .0000 | EA | .00 |
| | | | FILON G-III | | | |
| | | | 050 8016 T 96.00" X 700' .00" | | | |
| | | | 8016 POLAR WHITE    (8400.00") | | | |
| | | | 5600.00 SF          .0000/SF | | | |
| | | | 700.00 LF           .0000/LF | | | |
| | | | H03-0008 | | | |

If there is a problem with this
Invoice, please call Customer
Service at the above numbers.

Class "A" Fire Rated Products are Available!

PAYABLE IN US FUNDS

ORIGINAL INVOICE



**CRANE** Composites
*and Subsidiaries*
A Crane Co. Company

(815) 467-8600 ·(800) 435-0080

SHIP TO: NORTHWOOD MFG, INC #2
60127 SMITH LOOP ROAD
LA GRANDE
OR
97850

DAVE CLEMENS

BILL TO: NORTHWOOD MANUFACTURING, INC.
59948 DOWNS ROAD
LA GRANDE
OR
97850

DAVE CLEMENS

Page 2

| Customer No. | Invoice Date | Invoice No. |
|---|---|---|
| 630009 | 05/22/09 | 5376106 |

| Our Order No. | Sales Rep | Customer Class |
|---|---|---|
| 272629 | 417 | RT |

| Customer P.O. Number |
|---|
| 363949 |

| Freight Terms |
|---|
| PREPAID |

| Freight On Board |
|---|
| FOB: SHIPPING POINT |

SHIPMENTS NOT DELIVERED IN ACCEPTABLE CONDITION.
SHOULD BE NOTED ON CARRIER'S RECEIPT.

| LINE | QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NUMBER DESCRIPTION | UNIT PRICE | UM | NET PRICE |
|---|---|---|---|---|---|---|
| | | | TOTAL NET | | | $ 15,343.54 |
| | | | TOTAL TAX ( .000%) | | | $ .00 |

If there is a problem with this
invoice, please call Customer
Service at the above numbers.

Class 'A' Fire Rated Products are Available!

ORIGINAL INVOICE



**CRANE** Composites
*and Subsidiaries*
A Crane Co. Company

(815) 467-8800 ·(800) 435-0080

| | |
|---|---|
| SHIP TO: | NORTHWOOD MANUFACTURING, INC.<br>59948 DOWNS ROAD<br>LA GRANDE<br>OR<br>97850 |
| | DAVE CLEMENS |
| BILL TO: | NORTHWOOD MANUFACTURING, INC.<br>59948 DOWNS ROAD<br>LA GRANDE<br>OR<br>97850 |
| | DAVE CLEMENS |

Page 1

| Customer No. | Invoice Date | Invoice No. |
|---|---|---|
| 630009 | 05/13/09 | 5376407 |
| Our Order No. | Sales Rep | Customer Class |
| 272519 | 417 | RT |
| Customer P.O. Number | | |
| 362778 | | |
| Freight Terms | | |
| COLLECT | | |
| Freight On Board | | |
| FOB: SHIPPING POINT | | |

SHIPMENTS NOT DELIVERED IN ACCEPTABLE CONDITION, SHOULD BE NOTED ON CARRIER'S RECEIPT.

| LINE | QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NUMBER DESCRIPTION | UNIT PRICE | UM | NET PRICE |
|---|---|---|---|---|---|---|
| | | | ATTN OSR: IF SHIPPING FROM BENICIA, USE FXW COL FOR SHIPPING | | | |
| | Carrier: | FED EX NATIONAL | Pro#: | | | |
| 1 | 2 | 2 | RBP.16 | 4,312.0000 | EA | 8,624.00 |
| | | | FILON RP | | | |
| | | | 045 8016 T 96.00" X 500' .00" | | | |
| | | | 8016 POLAR WHITE (5000.00") | | | |
| | | | 4000.00 SF 1.0780/SF | | | |
| | | | 500.00 LF 8.6240/LF | | | |
| | | | TOTAL NET | | | $ 8,624.00 |
| | | | TOTAL TAX ( .000%) | | | $ .00 |

If there is a problem with this invoice, please call Customer Service at the above numbers.

Class "A" Fire Rated Products are Available!

PAYABLE IN US FUNDS

ORIGINAL INVOICE